FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 6 2006 ★
BROOKLYN OFFICE

# Memorandum

**To:** Hon. Edward R. Korman, Chief Judge

**From:** James Orenstein, Magistrate Judge

**Date:** April 28, 2006

**Subject:** <u>Susan Boriello v. City of New York, et al.</u>, CV 06-2954 (BMC)

---

Pursuant to 28 U.S.C. § 455(a), I disqualify myself from serving as the assigned magistrate judge in the above case.

*Order*

The Clerk is directed to reassign this case by random selection.

s/Edward R. Korman

6/16/06